violation of Section 573.037.[1] He was sentenced as a prior and persistent offender to fifteen years. On appeal, Appellant challenges the trial court's denial of his motion to dismiss asserting he was denied his constitutional and statutory right to a speedy trial.

We have reviewed the briefs of the parties and the record on appeal. We find that although the length of the delay was presumptively prejudicial, when balancing the factors set out by the Supreme Court in *Barker v. Wingo*, 407 U.S. 514, 530, 92 S.Ct. 2182, 33 L.Ed.2d 101 (1972), this presumption is overcome by the other factors including the delay attributable to Appellant, the delay in Appellant's assertion of his right to speedy trial, and the lack of prejudice in the delay. We find there was no violation of Appellant's right to speedy trial. An extended opinion would have no jurisprudential purpose. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Rule 30.25(b) Mo. R.Crim.P.(2012).

Chris Koster, Attorney General, Jessica P. Meredith, Assistant Attorney General, Jefferson City, MO, for respondent.

Amy M. Bartholow, Columbia, MO, for appellant.

Before KATHIANNE KNAUP CRANE, P.J., MARY K. HOFF, J., and LISA VAN AMBURG, J.

*ORDER*

PER CURIAM.

Defendant, Timothy D. Shults, appeals from a judgment entered in a court-tried case finding him guilty of first-degree murder, in violation of section 565.020 RSMo (2000). The trial court sentenced him to life imprisonment without probation or parole.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 30.25(b).

■

**STATE of Missouri,**
**Plaintiff/Respondent,**

v.

**Timothy D. SHULTS,**
**Defendant/Appellant.**

**No. ED 97418.**

Missouri Court of Appeals,
Eastern District,
Division Two.

Dec. 4, 2012.

■

**STATE of Missouri, Respondent,**

v.

**Michael A. DAVIS, Appellant.**

**No. ED 97543.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 4, 2012.

---

1. All statutory references are to RSMo. (Cum. Supp.2008), unless otherwise indicated.